**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| SCOTTIE PIPPEN, )<br> )<br>          Plaintiff, )<br>v. )<br> )<br>NBCUNIVERSAL MEDIA, LLC; CBS )<br>INTERACTIVE INC., MINT SOFTWARE )<br>INC. wholly owned subsidiary of INTUIT INC., )<br>EVOLVE MEDIA CORPORATION, )<br>INFOGROUP, INC., INVESTING ANSWERS )<br>INC., ARIZONA STATE UNIVERSITY, )<br>UNIVERSITY OF TAMPA INC., ONE )<br>MONEY DESIGN, and SPORTSREPORT 360 )<br> )<br>          Defendants. ) | No. 11 cv 8834<br><br>Judge Sharon J. Coleman<br><br>Magistrate Judge Young B. Kim |

**NOTICE OF JOINT RULE 12(b)(6) MOTION TO DISMISS THE AMENDED
COMPLAINT**

PLEASE TAKE NOTICE that on **March 26, 2012, at 11:00 a.m.** the undersigned will appear before the Honorable Sharon J. Coleman, or any other judge sitting in her stead, in Room 1419 of the Dirksen Federal Building, Chicago, Illinois, and shall then and there present the Moving Defendants' *Joint Rule 12(b)(6) Motion to Dismiss the Amended Complaint,* a copy of which is attached hereto and served upon you herewith.

Dated: March 16, 2012                                        Respectfully submitted,

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC | CBS INTERACTIVE INC. |
| By: /s/ David P. Sanders (w/ permission)<br>　　David P. Sanders<br>　　JENNER & BLOCK LLP<br>　　353 North Clark St.<br>　　Chicago, Illinois 60654<br>　　(312) 222-9350 | By: /s/ Brian A. Sher<br>　　Brian A. Sher<br>　　Jena M. Valdetero<br>　　BRYAN CAVE LLP<br>　　161 North Clark Street<br>　　Chicago, Illinois 60601<br>　　(312) 602-5000 |
| MINT SOFTWARE, INC. | 　　Lee Levine<br>　　Chad R. Bowman |
| By: /s/ Rodger R. Cole (w/ permission)<br>　　Rodger R. Cole (pro hac vice)<br>　　Songmee L. Connolly (pro hac vice)<br><br>　　Sean S. Wikner (pro hac vice)<br>　　FENWICK & WEST LLP<br>　　801 California Street<br>　　Mountain View, California 94041<br>　　(650) 988-8500 | 　　LEVINE SULLIVAN KOCH &<br>　　　　SCHULZ, LLP<br>　　1899 L Street, N.W., Suite 200<br>　　Washington, D.C. 20036<br>　　(202) 508-1100<br><br>EVOLVE MEDIA CORPORATION |
| 　　Steven P. Mandell<br>　　Steven L. Barren<br>　　MANDELL MENKES, LLC<br>　　One N. Franklin Street<br>　　Chicago, Illinois 60606<br>　　(312) 251-1000 | By: /s/ Brian A. Sher<br>　　Brian A. Sher<br>　　Jena M. Valdetero<br>　　BRYAN CAVE LLP<br>　　161 North Clark Street<br>　　Chicago, Illinois 60601<br>　　(312) 602-5000 |
| INVESTING ANSWERS, INC. | |
| By: /s/ Ryan B. Jacobson (w/ permission)<br>　　Ryan B. Jacobson<br>　　SMITH AMUDSEN LLC<br>　　150 North Michigan Avenue<br>　　Chicago, Illinois 60601<br>　　(312) 894-3252 | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on this 16th day of March, 2012, via this Court's ECF system to all counsel of record.

By: /s/ Brian A. Sher