## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Scottie Pippen

                Plaintiff,

v.

                                   Case No.: 1:11–cv–08834

Mint Software Inc, et al.
                                   Honorable Sharon Johnson Coleman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 26, 2012:

    MINUTE entry before Honorable Sharon Johnson Coleman: In its order of 8/02/2012, the court dismissed plaintiff's complaint, but allowed him to seek leave to file a complaint that made allegations that were legally sufficient under constitutional and defamation principles. The complaint that plaintiff now seeks leave to file alleges with more detail the recklessness of defendants' publications regarding his financial status. However, as the court has observed, the malice required to establish liability for defamation of a public figure such as famed and well–respected athlete Scottie Pippen is greater than the mere failure to investigate, no matter how allegedly egregious that failure may be. The court concludes that plaintiff's proposed amended complaint cannot be considered a sufficient allegation of defamation against a public figure. Plaintiff's motion [116] for leave to file that amended complaint is accordingly denied, and this action is dismissed with prejudice. Plaintiff's motion for partial summary judgment [53] is denied. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.